# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as court-appointed receiver for the Stanford receivership estate; The OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated | § § § § § § § § § § | |
| **Plaintiffs** | § § | CIVIL ACTION NO. _____ |
| VS. | § § | |
| GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; and YOLANDA SUAREZ | § § § § § | |
| **Defendants** | § | |

# APPENDIX IN SUPPORT OF
# ORIGINAL COMPLAINT AGAINST
# GREENBERG TRAURIG, LLP, HUNTON & WILLIAMS, AND YOLANDA SUAREZ

Respectfully submitted,

**CASTILLO SNYDER, P.C.**

By: s/ Edward C. Snyder
    Edward C. Snyder
    esnyder@casnlaw.com
    Jesse R. Castillo
    jcastillo@casnlaw.com
    300 Convent Street, Suite 1020
    San Antonio, Texas 78205
    (210) 630-4200
    (210) 630-4210 (Facsimile)

**LEAD CLASS COUNSEL AND ATTORNEYS IN CHARGE FOR PLAINTIFFS AND THE PUTATIVE CLASS**

**NELIGAN FOLEY, LLP**

By: s/ Nicholas A. Foley
    Nicholas A. Foley
    nfoley@neliganlaw.com
    Douglas J. Buncher
    dbuncher@neliganlaw.com
    Republic Center
    325 N. St. Paul, Suite 3600
    Dallas, Texas 75201
    (214) 840-5320
    (214) 840-5301 (Facsimile)

**SPECIAL COUNSEL TO RECEIVER RALPH JANVEY**

**BUTZEL LONG, P.C.**

By: s/ Peter D. Morgenstern
    Peter D. Morgenstern
    (*admitted pro hac vice*)
    morgenstern@butzel.com
    380 Madison Avenue
    New York, New York 10017
    (212) 818-1110
    (212) 818-0494 (Facsimile)

**COMMITTEE COUNSEL and CLASS CO-COUNSEL**

**STRASBURGER & PRICE, LLP**

By: /s/ Edward F. Valdespino
    Edward F. Valdespino
    edward.valdespino@strasburger.com
    Andrew L. Kerr
    andrew.kerr@strasburger.com
    300 Convent Street, Suite 900
    San Antonio, Texas 78205
    (210) 250-6000
    (210) 250-6100 (Facsimile)

**COMMITTEE COUNSEL**

## CERTIFICATE OF SERVICE

On November 15, 2012, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve Defendants individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

        /s/ Edward C. Snyder
           Edward C. Snyder