# Payments made to Greenberg Traurig, LLP

| Transferor | Check Date | Amount |
|---|---|---:|
| Stanford Venture Capital Holdings | 2/22/2007 | $ 960,000.00 |
| Stanford Venture Capital Holdings | 2/27/2007 | $ 40,000.00 |
| Stanford Venture Capital Holdings | 3/28/2007 | $ 292.50 |
| Stanford Venture Capital Holdings | 4/5/2007 | $ 1,000,000.00 |
| Stanford Venture Capital Holdings | 5/4/2007 | $ 1,000,000.00 |
| Stanford Venture Capital Holdings | 5/25/2007 | $ 1,934.00 |
| Stanford Venture Capital Holdings | 6/4/2007 | $ 1,000,000.00 |
| Stanford Venture Capital Holdings | 7/5/2007 | $ 3,068.56 |
| Stanford Venture Capital Holdings | 10/3/2007 | $ 4,616.46 |
| Stanford Venture Capital Holdings | 2/6/2008 | $ 13,418.32 |
| Stanford Venture Capital Holdings | 4/30/2008 | $ 878.97 |
| Stanford Venture Capital Holdings | 12/15/2008 | $ 22,431.56 |
| Stanford Venture Capital Holdings | 12/17/2008 | $ 30,145.66 |
| Stanford Venture Capital Holdings | 1/7/2009 | $ 9,635.01 |
| Stanford Venture Capital Holdings | 1/21/2009 | $ 8,203.66 |
| Stanford Venture Capital Holdings | 1/29/2009 | $ 21,794.28 |
| **Stanford Venture Capital Holdings Total** | | **$ 4,116,418.98** |
| Stanford Financial Group Limited | 12/1/2006 | $ 1,765.88 |
| Stanford Financial Group Limited | 2/1/2008 | $ 39,063.02 |
| Stanford Financial Group Limited | 5/2/2008 | $ 7,426.63 |
| **Stanford Financial Group Limited Total** | | **$ 48,255.53** |
| Stanford Group Company | 4/20/2007 | $ 2,592.24 |
| Stanford Group Company | 8/3/2007 | $ 329.32 |
| Stanford Group Company | 9/21/2007 | $ 4,240.50 |
| **Stanford Group Company Total** | | **$ 7,162.06** |
| **GRAND TOTAL** | | **$ 4,171,836.57** |

# EXHIBIT "A"

# Payments made to Hunton Williams, LLP

| Transferor | Check Date | Amount |
|---|---|---:|
| Stanford Venture Capital Holdings | 5/29/2007 | $ 2,500,000.00 |
| Stanford Venture Capital Holdings | 6/4/2007 | $ 3,600,000.00 |
| **Stanford Venture Capital Holdings Total** | | **$ 6,100,000.00** |
| Stanford Financial Group Company | 3/6/2006 | $ 12,193.61 |
| Stanford Financial Group Company | 8/18/2006 | $ 12,173.15 |
| Stanford Financial Group Company | 8/30/2006 | $ 109,128.88 |
| Stanford Financial Group Company | 10/4/2006 | $ 9,991.50 |
| Stanford Financial Group Company | 3/30/2007 | $ 31,951.98 |
| Stanford Financial Group Company | 9/12/2007 | $ 8,300.00 |
| Stanford Financial Group Company | 1/23/2008 | $ 8,023.56 |
| Stanford Financial Group Company | 1/30/2008 | $ 42,517.40 |
| Stanford Financial Group Company | 3/12/2008 | $ 42,182.50 |
| Stanford Financial Group Company | 4/4/2008 | $ 37,954.43 |
| Stanford Financial Group Company | 5/14/2008 | $ 8,300.00 |
| Stanford Financial Group Company | 5/21/2008 | $ 6,227.00 |
| Stanford Financial Group Company | 6/11/2008 | $ 10,853.00 |
| Stanford Financial Group Company | 7/2/2008 | $ 8,300.00 |
| Stanford Financial Group Company | 9/10/2008 | $ 8,933.20 |
| Stanford Financial Group Company | 10/31/2008 | $ 7,964.50 |
| Stanford Financial Group Company | 11/7/2008 | $ 18,069.50 |
| Stanford Financial Group Company | 11/21/2008 | $ 23,202.75 |
| Stanford Financial Group Company | 12/5/2008 | $ 31,078.29 |
| Stanford Financial Group Company | 12/26/2008 | $ 32,567.00 |
| **Stanford Financial Group Company Total** | | **$ 469,912.25** |
| Stanford Group Company | 2/16/2006 | $ 8,096.68 |
| Stanford Group Company | 3/29/2007 | $ 3,233.75 |
| Stanford Group Company | 3/29/2007 | $ 1,017.93 |
| Stanford Group Company | 3/29/2007 | $ 505.00 |
| Stanford Group Company | 4/4/2007 | $ 4,521.68 |
| Stanford Group Company | 1/11/2008 | $ 46,578.83 |
| Stanford Group Company | 9/25/2008 | $ 25,082.78 |
| Stanford Group Company | 12/12/2008 | $ 9,794.00 |
| Stanford Group Company | 12/18/2008 | $ 6,657.50 |
| Stanford Group Company | 1/9/2009 | $ 6,914.41 |
| **Stanford Group Company Total** | | **$ 112,402.56** |
| Stanford Financial Group Global Management | 3/28/2008 | $ 70,672.88 |
| **Stanford Financial Group Global Management Total** | | **$ 70,672.88** |
| R. Allen Stanford | 8/5/2004 | $ 100,000.00 |
| **R. Allen Stanford Total** | | **$ 100,000.00** |
| **GRAND TOTAL** | | **$ 6,852,987.69** |

# EXHIBIT "A"