UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ralph S. Janvey, et al.<br>*Plaintiff* | §§§§ | |
| v. | §§ | Case No. 3:12-cv-04641-L |
| Greenberg Traurig, LLP, et al.<br>*Defendant* | §§§§ | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jenner & Block LLP                                                                                  , with offices at

353 N. Clark Street
(Street Address)

Chicago                                         Illinois                    60654-3456
(City)                                            (State)                     (Zip Code)

(312) 923-2683
(Telephone No.)

II. Applicant will sign all filings with the name David Jimenez-Ekman                            .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

DJimenez-ekman@jenner.com                                                  .
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

> Hunton & Williams, LLP

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of

Illinois_____, where Applicant regularly practices law.

Bar license number: 6210519_____  Admission date: November 5, 1992_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only
Bar Status Verified·
_____

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| U.S. Supreme Court | 1996 | Active |
| U.S. Dist. Cts. for the Northern, Southern and Central Districts of Illinois | 1994 | Active |
| U.S. Court of Appeals, Seventh Circuit | 1994 | Active |

**VI.**  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A.

**VII.**  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A.

**VIII.**  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A.

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A.

(If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is

Richard A. Sayles_____ who has offices at

1201 Elm Street, Suite 4400_____
(Street Address)

Dallas_____  Texas_____  75270_____
(City)                                (State)         (Zip Code)

214-939-8700_____.
(Telephone No.)

XI.     Check the appropriate box below.

   For Application in a **Civil Case**

   ☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   ☐ Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the ___7___ day of_December_____, 2012____.

David Jimenez-Ekman_____
Printed Name of Applicant

_____
Signature

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

David Eric Jimenez-Ekman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1992 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, December 05, 2012.

*Carolyn Taft Grosboll*
Clerk