**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RALPH S. JANVEY, in his capacity as court-appointed receiver for the Stanford receivership estate; The OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated, <br><br>      Plaintiffs. <br><br>vs. <br><br>GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS LLP; and YOLANDA SUAREZ, <br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 3:12-cv-04641-L |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL KAIJA K. HUPILA FOR DEFENDANT HUNTON & WILLIAMS LLP**

Defendant Hunton & Williams LLP ("Hunton") respectfully requests that the Court permit Kaija K. Hupila to withdraw as counsel for Hunton in this matter. Ms. Hupila will be leaving the law firm of Jenner & Block LLP as of May 30, 2014, to take an in-house position and will be unable to continue representing Hunton after that date. Jeffrey D. Colman, David Jiménez-Ekman, and April A. Otterberg of Jenner & Block LLP and Richard A. Sayles and Shawn Long of Sayles/Werbner will continue to represent Hunton.

| | |
|---|---|
| Date: May 22, 2014 | Respectfully submitted, |
| Richard A. Sayles<br>Shawn Long<br>SAYLES WERBNER<br>4400 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>dsayles@swtriallaw.com<br>(214) 939-8701<br>(214) 939-8787 (Facsimile)<br><br>*Counsel for Hunton & Williams LLP* | By:  s/ Jeffrey D. Colman<br>     Jeffrey D. Colman<br>     David Jiménez-Ekman<br>     April A. Otterberg<br>     Kaija K. Hupila<br>     JENNER & BLOCK LLP<br>     353 N. Clark Street<br>     Chicago, IL 60654-3456<br>     jcolman@jenner.com<br>     (312) 923-2940<br>     (312) 840-7340 (Facsimile)<br><br>     *Counsel for Hunton & Williams LLP*<br>     *Admitted* Pro Hac Vice |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on May 22, 2014, counsel for Defendant Hunton & Williams LLP conferred by email with counsel for Plaintiffs, counsel for co-defendant Greenberg Traurig LLP, and counsel for co-defendant Yolanda Suarez regarding the relief requested in this motion. All counsel indicated they did not oppose the relief requested herein.

   /s/ Jeffrey D. Colman

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2014, I electronically filed the foregoing **Unopposed Motion for Withdrawal of Counsel Kaija K. Hupila for Defendant Hunton & Williams LLP** with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the court. The ECF system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means. Copies will be sent to those indicated as non-registered participants by U.S. Mail or facsimile at the addresses of their counsel of record or last known residence.

                                        s/ Jeffrey D. Colman
                                        JEFFREY D. COLMAN