UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as Court-appointed receiver for the Stanford Receivership Estate; the OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated. Plaintiffs, vs. GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; AND YOLANDA SUAREZ, Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-04641-N |

**CLASS PLAINTIFFS' RESPONSE TO DEFENDANT HUNTON & WILLIAMS LLP'S MOTION FOR LEAVE TO FILE SHORT SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS THE PUTATIVE CLASS'S CLAIMS, TO ADDRESS THIS COURT'S RECENT DECISIONS IN *JANVEY V. WILLIS*, *TROICE V. WILLIS*, AND *TURK V. PERSHING, LLC***

Plaintiffs Sandra Dorrell, Samuel Troice, and Michoacan Trust, individually and on behalf of all others similarly situated (collectively, hereinafter, the "Plaintiffs"), respectfully submit this Response to Defendant Hunton & Williams LLP's ("Hunton") Motion for Leave to File Short Supplemental Brief in Support of Motion to Dismiss the Putative Class's Claims, to Address this Court's Recent Decisions in *Janvey v. Willis*, *Troice v. Willis* and *Turk v. Pershing, LLC* (the "Motion").

Plaintiffs oppose the Motion and do not feel that additional briefing on the Motions to Dismiss is necessary. Hunton's purported reason to provide additional briefing is to "assist" the Court to understand its own rulings in the other pending Stanford-related cases and how those

rulings might affect how the Court may ultimately rule on the pending Motions to Dismiss in the instant case.

This Court needs no such assistance, and is perfectly capable of applying both its prior rulings and other applicable law to the instant case. Plaintiffs submit that the further briefing requested by Hunton is unnecessary, and that its Motion should be denied.

Respectfully submitted,

**CASTILLO SNYDER, P.C.**

By: __/s/ Edward C. Snyder__
   Edward C. Snyder
   esnyder@casnlaw.com
   Jesse R. Castillo
   jcastillo@casnlaw.com
   300 Convent Street, Suite 1020
   San Antonio, Texas  78205
   (210) 630-4200
   (210) 630-4210 (Facsimile)

**BUTZEL LONG, P.C.**

By: __/s/ Peter D. Morgenstern__
   Peter D. Morgenstern (*admitted pro hac vice*)
   morgenstern@butzel.com
   230 Park Avenue, Suite 850
   New York, New York 10169
   (212) 818-1110
   (212) 818-0494 (Facsimile)

**COUNSEL FOR THE PLAINTIFFS**

**NELIGAN FOLEY, LLP**

By: __/s/ Douglas J. Buncher__
   Nicholas A. Foley
   nfoley@neliganlaw.com
   Douglas J. Buncher
   dbuncher@neliganlaw.com
   Republic Center
   325 N. St. Paul, Suite 3600
   Dallas, Texas  75201
   (214) 840-5320
   (214) 840-5301 (Facsimile)

**STRASBURGER & PRICE, LLP**

By: __/s/ Edward F. Valdespino__
   Edward F. Valdespino
   edward.valdespino@strasburger.com
   Andrew L. Kerr
   andrew.kerr@strasburger.com
   300 Convent Street, Suite 900
   San Antonio, Texas  78205
   (210) 250-6000
   (210) 250-6100 (Facsimile)

### CERTIFICATE OF SERVICE

On this 30th day of December, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve Defendants individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

   __/s/Edward C. Snyder__
   Edward C. Snyder