IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, *et al.*, § § § | | |
| Plaintiffs, § § | | |
| v. § § | Civil Action No. 3:12-CV-4641-N | |
| GREENBERG TRAURIG, LLP, *et al.*, § § § | | |
| Defendants. § | | |

# ORDER

This Order addresses Defendants Hunton & Williams LLP and Greenberg Traurig LLP's motion to amend the Court's December 17, 2014 Order to certify an interlocutory appeal [118]. Because the Court finds that immediate appeal from the December 17, 2014 Order would delay rather than "materially advance the ultimate termination of the litigation," 28 U.S.C. § 1292(b), the Court denies the motion.

Signed February 10, 2015.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE