IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil Action No. 3:12cv4641-N |
| GREENBERG TRAURIG, LLP, § | |
| HUNTON & WILLIAMS, LLP; and § | |
| YOLANDA SUAREZ, § | |
| § | |
| Defendants. § | |

### GREENBERG TRAURIG, LLP's MOTION FOR A TELEPHONIC STATUS CONFERENCE WITH THE COURT

Greenberg Traurig respectfully requests a telephonic status conference with the Court with respect to this case and states as follows:

1. Plaintiffs have filed a motion requesting a partial scheduling order with regards to the Receiver and OSIC claims and a voluntary stay of the putative class claims. (Dkt. 131).

2. Greenberg does not oppose Plaintiffs' request to stay their class claims.

3. As more fully discussed in Greenberg's Response, this case has several unique issues impacting a scheduling order and the sequencing of merits discovery. In accordance with Rule 16, Greenberg requests an opportunity to provide the Court with the parties' input before a scheduling order is entered.

Wherefore, Greenberg Traurig respectfully requests a telephonic status conference with the Court with regard to scheduling and discovery issues in this case.

Respectfully submitted,

By: /s/ Jim E. Cowles
    **JIM E. COWLES**
    Texas Bar No. 04931000
    **SIM ISRAELOFF**
    Texas Bar No. 10435380

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that he conferred with counsel for each party affected by the requested relief to determine whether this request is opposed:

- Plaintiffs do not oppose a status conference.
- Yolanda Suarez does not oppose a status conference.
- Hunton & Williams believes a status conference is unnecessary and premature.

    /s/ Sim Israeloff
    **SIM ISRAELOFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of June, 2015, a true and correct copy of the foregoing document was delivered via electronic means using the ECF system pursuant to FED. R. CIV. P. 5(b)(2)(D) and Local Rule 5.1, to all counsel of record.

    /s/ Sim Israeloff
    **SIM ISRAELOFF**