IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RALPH S. JANVEY,** in his capacity as court-appointed receiver for the Stanford Receivership estate; The **OFFICIAL STANFORD INVESTORS COMMITTEE**; **SANDRA DORRELL**; **SAMUEL TROICE**; and **MICHOACAN TRUST**; individually and on behalf of a class of all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>**GREENBERG TRAURIG, LLP, HUNTON & WILLIAMS, LLP;** and **YOLANDA SUAREZ,**<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:12cv4641-N |

**JOINDER IN GREENBERG TRAURIG, LLP'S RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF A DISCOVERY SCHEDULING ORDER AND TO VOLUNTARILY DEFER AS THEIR CLASS COMPLAINT**

TO THE HONORABLE JUDGE DAVID C. GODBEY,

Defendant Yolanda Suarez hereby joins in, and incorporate herein as if restated verbatim, Defendant Greenberg Traurig, LLP's Response to Plaintiffs' Motion for Entry of a Discovery Scheduling Order and to Voluntarily Defer as Their Class Complaint. (Docket No. 132).

WHEREFORE for the reasons stated therein, Defendant Yolanda Suarez requests that Plaintiffs' motion be denied.

Dated: June 23, 2015.

        Respectfully submitted,

        **STANLEY, FRANK & ROSE, L.L.P.**

        */s/ Michael J. Stanley*
        Michael J. Stanley
        State Bar No. 19046600
        Federal Bar I.D. 13283
        mstanley@stanleylaw.com
        7026 Old Katy Road, Suite 259
        Houston, Texas  77024
        (713) 980-4381 / (713) 980-1179 fax

        **ATTORNEY FOR YOLANDA SUAREZ**

## CERTIFICATE OF SERVICE

    I hereby certify that pursuant to the Federal Rules of Civil Procedure a true and correct copy of the above and foregoing document was served via ECF on counsel of record on this the 23rd day of June 2015.

        */s/ Michael J. Stanley*
        Michael J. Stanley