# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as Court-appointed receiver for the Stanford Receivership Estate; the OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated. | § § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:12-cv-04641-N |
| vs. | § § | |
| GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; AND YOLANDA SUAREZ, | § § § § | |
| Defendants. | § § § | |

## STIPULATION TO DISMISS

This Stipulation is entered into by and between the Plaintiff Sandra Dorrell ("Plaintiff Dorrell"), on the one hand, and Defendants, Greenberg Traurig, LLP ("GT") and Hunton & Williams, LLP ("HW") (collectively "Defendants"), on the other hand, by and through their respective counsel of record, pursuant to FRCP 41(a)(1)(A)(ii) and is based upon the following facts:

1.    Plaintiff filed her Original Complaint (the "Complaint") against Defendants on or about November 15, 2012 (Dckt No. 1);

2.    Defendants filed their responsive Answers to the Complaint as follows:

    a.   GT – February 21, 2013 (Dckt #27); and

    b.   HW – March 2, 2015 (Dckt #128);

3.    Plaintiff Dorrell for personal reasons has decided she no longer wishes to continue

as a named Plaintiff and putative class representative in this case.  Defendants do not object to Dorrell dismissing her claims in this case without prejudice.  Plaintiffs have by separate pleading filed a motion to replace Dorrell with Pam Reed as a putative class representative in this case.

4.     Based on the above, Plaintiff and Defendants hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) to the dismissal of any and all claims by Dorrell (only) in this proceeding against Defendants without prejudice.

WHEREFORE, IT IS HEREBY STIPULATED that any and all claims by Sandra Dorrell as reflected in Plaintiff's Original Complaint against Defendants shall be and hereby are dismissed, without prejudice.

Dated:  September 3, 2015                    CASTILLO SNYDER, PC

                                             By: */s/ Edward C. Snyder*
                                                 Edward C. Snyder
                                                 Counsel for Plaintiff

Dated:  September 3, 2015                    COWLES & THOMPSON, P.C.

                                             By: */s/ Jim E. Cowles*
                                                 Jim E. Cowles
                                                 jcowles@cowlesthompson.com

                                                 Counsel for Defendant
                                                 Greenburg & Traurig, LLP

Dated:  September 3, 2015                    JENNER & BLOCK LLP

                                            By: */s/ Jeffrey D. Coleman*
                                                Jeffrey D. Coleman
                                                jcoleman@jenner.com

                                                Counsel for Defendant
                                                Hunton & Williams, LLP


Dated:  September 3, 2015                    STANLEY, FRANK & ROSE, LLP

                                            By: */s/ Michael J. Stanley*
                                                Michael J. Stanley
                                                mstanley@stanleylaw.com

                                                Counsel for Defendant
                                                Yolanda Suarez

Respectfully submitted,

**CASTILLO SNYDER, P.C.**

By:   */s/ Edward C. Snyder*
    Edward C. Snyder
    esnyder@casnlaw.com
    Jesse R. Castillo
    jcastillo@casnlaw.com
    300 Convent Street, Suite 1020
    San Antonio, Texas  78205
    (210) 630-4200
    (210) 630-4210 (Facsimile)

**NELIGAN FOLEY, LLP**

By:   */s/ Douglas J. Buncher*
    Douglas J. Buncher
    dbuncher@neliganlaw.com
    Republic Center
    325 N. St. Paul, Suite 3600
    Dallas, Texas  75201
    (214) 840-5320
    (214) 840-5301 (Facsimile)

**BUTZEL LONG, P.C.**

By: */s/ Peter D. Morgenstern*
    Peter D. Morgenstern (*admitted pro hac vice*)
    morgenstern@butzel.com
    230 Park Avenue, Suite 850
    New York, New York 10169
    (212) 818-1110
    (212) 818-0494 (Facsimile)

**STRASBURGER & PRICE, LLP**

By: */s/ Edward F. Valdespino*
    Edward F. Valdespino
    edward.valdespino@strasburger.com
    Andrew L. Kerr
    andrew.kerr@strasburger.com
    Judith R. Blakeway
    judith.blakeway@strasburger.com
    2301 Broadway
    San Antonio, Texas  78215
    Telephone: (210) 250-6000
    Facsimile: (210) 250-6100

**COUNSEL FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

On September 3, 2015, I directed the electronic submission of the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that all counsel of record have therefore been served with the foregoing document.

                             */s/ Edward C. Snyder*
                             Edward C. Snyder