IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as court-appointed receiver for the Stanford receivership estate; THE OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated, <br>   Plaintiffs, <br><br> v. <br><br> GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; and YOLANDA SUAREZ, <br>   Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-04641-N |

**STIPULATION AND ORDER REGARDING BRIEFING DEADLINES**

WHEREAS, on November 15, 2012, Ralph Janvey and the Official Stanford Investors Committee filed an action against Greenberg Traurig, LLP, Hunton & Williams, LLP and Yolanda Suarez for, among other things, aiding and abetting Stanford's fraud.

WHEREAS, on April 8, 2016, Defendant Greenberg Traurig filed a motion for leave to file a motion to dismiss for lack of subject matter jurisdiction based on the Fifth Circuit Court of Appeals decision in *Troice v. Proskauer, LLP,* No. 15-10500, 2016 U.S. App. LEXIS, *12-13 (5th Cir. Mar. 10, 2016) (Dkt. 193).

WHEREAS, on April 25, 2016, Hunton & Williams, LLP filed a motion for leave to file a motion for judgment on the pleadings and joinder in Greenberg Traurig, LLP's motion for leave on the basis of the same Fifth Circuit opinion (Dkt. 195).

WHEREAS, Plaintiffs' response to Greenberg Traurig's motion is due on April 29, 2016.

WHEREAS, Plaintiffs desire to file one consolidated response to both motions.

WHEREAS, counsel for Greenberg Traurig has agreed to extend Plaintiffs' response deadline until the deadline for responding to Hunton & Williams' motion so that Plaintiffs can file a consolidated response.

WHEREAS, in the interest of efficiency and to preserve Court and party resources, it is hereby stipulated and agreed by and among the undersigned attorneys for the respective parties hereto, subject to the approval of the Court, that:

1. Plaintiffs shall file their consolidated opposition to both the Greenberg Traurig and the Hunton & Williams motions on or before May 16, 2016.

Signed: May 2, 2016.

_____
David C. Godbey
United States District Judge

**AGREED:**

*/s/ Judith R. Blakeway*
Judith R. Blakeway
Texas Bar No. 02434400
judith.blakeway@strasburger.com
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas  78215
(210) 250-6004
(210) 258-2706 (Facsimile)

*/s/ Edward C. Snyder*
Edward C. Snyder
Texas Bar No. 00791699
Jesse R. Castillo
Texas Bar No. 03986600
CASTILLO SNYDER, P.C.
One Riverwalk Place
700 N. St. Mary's, Suite 405
San Antonio, Texas  78205
(210) 630-4242
(210) 630-4210 (Facsimile)

*/s/ Douglas J. Buncher*
Douglas J. Buncher
Texas Bar No. 03342700
John D. Gaither
Texas Bar No. 24055516
NELIGAN FOLEY, LLP
Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
(214) 840-5320
(214) 840-5301 (Facsimile)

**ATTORNEYS FOR CLASS PLAINTIFFS**

*/s/ Sim Israeloff*
Sim Israeloff
Texas Bar No. 10435380
sisraeloff@cowlesthompson.com
Jim E. Cowles
Texas Bar No. 04931000
jcowles@cowlesthompson.com
R. Michael Northrup
Texas Bar No. 15103250
mnorthrup@cowlesthompson.com
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2301 (Facsimile)

**ATTORNEYS FOR DEFENDANT GREENBERG TRAURIG, LLP**

3

STIPULATION AND ORDER REGARDING BRIEFING DEADLINES