IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, *et al.* § § § | | |
| Plaintiffs, § § | | |
| v. § § | Civil Action No. 3:12-CV-04641-N | |
| GREENBERG TRAURIG, LLP, *et al.*, § § § | | |
| Defendants. § | | |

# **ORDER**

This Order addresses Defendant Greenberg Traurig, LLP's ("Greenberg") motion for leave to file a motion to dismiss [193] and Defendant Hunton & Williams LLP's ("Hunton") motion for leave to file a motion for judgment on the pleadings [195]. The Court grants both motions.

The Court orders the Clerk of Court to docket Greenberg's motion to dismiss [193-1] as of the date of this Order. The Court orders Hunton to file its motion for judgment on the pleadings within 30 days of this Order. The response and reply deadlines for each motion are those provided by Local Rule 7.1(e)–(f), unless the parties obtain Court approval to modify those deadlines. The Court grants leave without prejudice to Greenberg and Hunton's ability to each file a future summary judgment motion on the merits.

ORDER – PAGE 1

Signed June 15, 2016.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2