IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RALPH S. JANVEY**, in his capacity as court-appointed receiver for the Stanford Receivership estate; The **OFFICIAL STANFORD INVESTORS COMMITTEE**; **SANDRA DORRELL**; **SAMUEL TROICE**; and **MICHOACAN TRUST**; individually and on behalf of a class of all others similarly situated, <br>     *Plaintiffs*, <br><br> v. <br><br> **GREENBERG TRAURIG, LLP, HUNTON & WILLIAMS, LLP; and YOLANDA SUAREZ**, <br>     *Defendants*. | § § § § § § § § § § § § § § § § § | Civil Action No. 3:12cv4641-N |

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

Counsel for Defendant, Yolanda Suarez, respectfully notifies the Court and all counsel of record of the following:

1.    Please take note of the change of address and firm name for the undersigned attorneys, *effective* May 1, 2015.

>   STANLEY LAW, P.C.
>   230 Westcott, Suite 120
>   Houston, Texas 77007

2.    All parties are requested to modify their service information to reflect this change.

3.    All other contact information, including telephone, facsimile numbers and email address remain the same.

Respectfully Submitted,

**STANLEY LAW, P.C.**

*/s/ Michael J. Stanley*
Michael J. Stanley
TBN 19046600
mstanley@stanleylaw.com
230 Westcott, Suite 120
Houston, Texas  77007
Telephone: 713-980-4381
Facsimile:  713-980-4381

**ATTORNEYS FOR DEFENDANT YOLANDA SUAREZ**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017 a true and correct copy of this document was filed via the Court's ECF system.  The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system.  Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

*/s/ Michael J. Stanley*
Michael J. Stanley