IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>STANFORD INTERNATIONAL BANK, LTD, et al.,<br><br>  Defendants. | § § § § § § § § § § § | Civil Action No. 3:09cv0298-N |

---

| | | |
|---|---|---|
| RALPH S. JANVEY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GREENBERG TRAURIG, LLP, HUNTON & WILLIAMS, LLP; and YOLANDA SUAREZ,<br><br>  Defendants. | § § § § § § § § § § § | Civil Action No. 3:12cv4641-N |

**ORDER AMENDING SCHEDULING ORDER**
**WITH RESPECT TO THE HUNTON & WILLIAMS SETTLEMENT**

Before the Court for ruling is Greenberg Traurig, LLP's Objection to the Scheduling Order of August 23, 2017.  The Court finds such objection well taken and it is hereby Sustained.  It is, therefore,

ORDERED that paragraph 10 of the Scheduling Order dated August 23, 2017 (Doc. 2563 in case 3:09cv00298), (Doc. 234 in case 3:12cv4641), is amended to add the following:

Neither this Scheduling Order nor any other order entered with respect to the Settlement between Plaintiffs and Hunton & Williams, LLP shall impair or prejudice in any way the legal rights or obligations of the non-settling defendants Greenberg Traurig, LLP and Yolanda Suarez.

Signed _____, 2017.

_____
David C. Godbey
United States District Judge