# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | No.: 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § § § § § | |
| | § § | |
| RALPH S. JANVEY, ET AL., | § § § | |
| Plaintiffs. | § § § | |
| vs. | § § | No.: 3:12-CV-04641-L |
| GREENBERG TRAURIG LLP, ET AL., | § § § | |
| Defendants. | § | |

**JOINT NOTICE OF RESOLUTION OF GREENBERG TRAURIG LLP'S OBJECTIONS TO PLAINTIFFS' PROPOSED SETTLEMENT WITH HUNTON & WILLIAMS LLP AND REQUEST TO AMEND PROPOSED BAR ORDERS**

Pursuant to the Court's August 23, 2017 scheduling order, Greenberg Traurig LLP ("Greenberg") filed an objection to Plaintiffs'[1] proposed settlement with Hunton & Williams LLP ("Hunton"). (*SEC v. SIBL*, No. 3:09-cv-00298 (N.D. Tex.) ("SEC Action"), ECF 2613; *Janvey v. Greenberg Traurig, LLP*, No. 3:12-cv-04641 (N.D. Tex.) ("*Janvey* Action"), ECF 243;

---

[1] Plaintiffs in the action filed against Hunton are Ralph S. Janvey, in his capacity as the Court-appointed Receiver for the Stanford estate, the Official Stanford Investors Committee ("OSIC"), and Pam Reed, Samuel Troice, and Michoacán Trust, individually and on behalf of a putative class of Stanford investors.

("Greenberg Objection").) In Hunton's Response to Objections, Hunton proposed certain language that it believed could resolve the Greenberg Objection. (SEC Action, ECF 2629 at 12; Janvey Action, ECF 246 at 12.) Since that time, counsel for Greenberg, Hunton, and Plaintiffs have continued discussions and have reached agreement on language to resolve Greenberg's objection. The undersigned parties therefore request that the language below be added as a new paragraph 20 at the end of the proposed Final Bar Order and as a new paragraph 21 at the end of the proposed Rule 54(b) Final Judgment and Bar Order (with the individual sentences split into sub-paragraphs as shown here):

a) Nothing in the Final Bar Order, the Rule 54(b) Final Judgment and Bar Order, the Settlement Agreement, or any other order entered with respect to the Settlement (for purposes of this paragraph, these items are referred to collectively as the "Hunton Settlement") shall impair or prejudice the legal rights or obligations of Greenberg in responding to or defending against the claims asserted against Greenberg in the Litigation.

b) The Hunton Settlement shall not prove any matter against Greenberg in the Litigation, including, without limitation, as to (a) the effect of the Hunton Settlement on Greenberg's defenses or alleged liability to Plaintiffs, and (b) Greenberg's right to seek a finding, in the Litigation, of proportionate responsibility or liability by any Hunton Released Party under any applicable statute or rule of law.

c) For the avoidance of doubt, Greenberg, like all other Interested Parties, is subject to Paragraphs 8 and 11 of the Final Bar Order and the Rule 54(b) Final Judgment and Bar Order; but, consistent with Paragraph 13 of the Final Bar Order and the Rule 54(b) Final Judgment and Bar Order, nothing in this sentence is intended to, or shall, restrict Greenberg's defense to the claims against it and in any discovery efforts it may initiate.

d) Nothing in the Hunton Settlement limits in any way Carlos Loumiet's ability to cooperate with Greenberg in any capacity in the Litigation.

## CONCLUSION

For the reasons set forth above, the undersigned parties respectfully request that the language above be added to the Final Bar Order and Rule 54(b) Final Judgment and Bar Order. For the Court's convenience, counsel will have in Court at the hearing on November 28 new versions (which include this additional language) of the Final Bar Order and the Rule 54(b) Final Judgment and Bar Order.

Date:  November 27, 2017

Respectfully submitted,

**SAYLES/WERBNER P.C.**

**JENNER & BLOCK LLP**

By:  *s/ Richard A. Sayles*
     Richard A. Sayles

Jeffrey D. Colman
April A. Otterberg
353 N. Clark Street
Chicago, IL 60654-3456
jcolman@jenner.com
(312) 923-2940
(312) 840-7340 (Facsimile)

Shawn Long
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
dsayles@swtriallaw.com
(214) 939-8701 (direct)
(214) 939-8787 (fax)

*Counsel for Hunton & Williams LLP*
*Admitted* **Pro Hac Vice** *in Case No. 12-CV-04641*

*Counsel for Hunton & Williams LLP*

**CASTILLO SNYDER, P.C.**

By: */s/ Edward C. Snyder*
    Edward C. Snyder
    esnyder@casnlaw.com
    Jesse R. Castillo
    jcastillo@casnlaw.com
    700 N. St. Mary's Street, Suite 405
    San Antonio, Texas  78205
    (210) 630-4200
    (210) 630-4210 (Facsimile)

**NELIGAN, LLP**

By: */s/ Douglas J. Buncher*
    Douglas J. Buncher
    dbuncher@neliganlaw.com
    Republic Center
    325 B. St. Paul 3600
    Dallas, Texas 840-5320
    (214) 840-5320
    (214) 840-5301 (Facsimile)

| | |
|---|---|
| **BUTZEL LONG, P.C.** | **STRASBURGER & PRICE, LLP** |
| By: */s/ Peter D. Morgenstern*<br>Peter D. Morgenstern (*pro hac vice*)<br>morgenstern@butzel.com<br>Joshua E. Abraham (*pro hac vice*)<br>abraham@butzel.com<br>477 Madison Avenue, Suite 1230<br>New York, New York 10022<br>(212) 818-1110<br>(212) 898-0123 (Facsimile) | By: */s/ Judith R. Blakeway*<br>Judith R. Blakeway<br>judith.blakeway@strasburger.com<br>Merritt Clements<br>merritt.clements@strasburger.com<br>2301 Broadway<br>San Antonio, Texas 78215<br>(210) 250-6000<br>(210) 250-6100 (Facsimile) |

*Counsel for Plaintiffs*

**COWLES & THOMPSON, P.C.**

By*: s/ Jim E. Cowles*
  Jim E. Cowles
  jcowles@cowlesthompson.com
  Sim Israeloff
  sisraeloff@cowlesthompson.com
  901 Main Street, Suite 3900
  Dallas, Texas 75202-3793
  (214) 672-2101
  (214) 672-2301 (Facsimile)

*Counsel for Greenberg Traurig LLP*

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing **Notice of Resolution of Greenberg Traurig LLP's Objection to Plaintiffs' Proposed Settlement with Hunton & Williams LLP And Request to Amend Proposed Bar Orders** with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the court. The ECF system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

s/ Richard A. Sayles<br>
Richard A. Sayles