IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, *et al.,* | § § § | |
| Plaintiffs, | § § | Civil Action NO. 3:12-CV-04641-N |
| v. | § § | |
| GREENBERG TRAURIG, *et al.,* | § § | |
| Defendants. | § | |

## **NOTICE OF APPEAL**

Class Plaintiffs Samuel Troice, Michoacan Trust, and Pam Reed, individually and on behalf of a class of all others similarly situated, hereby give notice of appeal to the United States Court of the Appeals for the Fifth Circuit from the Order [Doc. 251] entered on December 8, 2017.

Respectfully submitted,

**CASTILLO SNYDER, P.C.**

By: */s/ Edward C. Snyder*
     Edward C. Snyder
     esnyder@casnlaw.com
     Jesse R. Castillo
     jcastillo@casnlaw.com
     700 N. St. Mary's Street, Suite 405
     San Antonio, Texas  78205
     (210) 630-4200 (Telephone)
     (210) 630-4210 (Facsimile)

**NELIGAN, LLP**

By: */s/ Douglas J. Buncher*
     Douglas J. Buncher
     dbuncher@neliganlaw.com
     Republic Center
     325 N. St. Paul, Suite 3600
     Dallas, Texas  75201
     (214) 840-5320 (Telephone)
     (214) 840-5301 (Facsimile)

**BUTZEL LONG, P.C.**

**STRASBURGER & PRICE, LLP**

By: */s/ Peter D. Morgenstern*      
    Peter D. Morgenstern (*pro hac vice*)
    morgenstern@butzel.com
    Joshua E. Abraham (*pro hac vice*)
    abraham@butzel.com
    477 Madison Avenue, Suite 1230
    New York, New York 10022
    (212) 818-1110
    (212) 898-0123 (Facsimile)

By: */s/ Judith R. Blakeway*   
    Judith R. Blakeway
    judith.blakeway@strasburger.com
    2301 Broadway
    San Antonio, Texas  78215
    Telephone: (210) 250-6000
    Facsimile: (210) 250-6100

By: */s/ Michael Jung*        
    Michael Jung
    michael.jung@strasburger.com
    901 Main Street, Suite 4400
    Dallas, Texas  75202
    Telephone: (214) 651-4300
    Facsimile: (214) 651-4330

**COUNSEL FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appeal has been served on all parties to this action by electronic service through CM/ ECF filing system on Jim Cowles (jcowles@cowlesthompson), Attorney for Defendant Greenberg Traurig; and Sim Israeloff (sisraeloff@cowlesthompson), Attorney for Defendant Greenberg Traurig, LLP; both on this 8th day of December, 2017.

*/s/ Edward C. Snyder*          
Edward C. Snyder