IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, ET AL., | § § § § | |
| Plaintiffs, | § § | Case No.: 3:12-cv-4641-N |
| v. | § § | |
| GREENBERG TRAURIG, LLP, ET. AL., | § § § | |
| Defendants. | § § § § § § | |

**AMENDED AND AGREED MOTION FOR ENTRY OF A SCHEDULING ORDER**

Plaintiffs Ralph S. Janvey, in his capacity as Receiver for Stanford International Bank, Ltd. (the "Receiver"), The Official Stanford Investors Committee ("OSIC"), and Greenberg Traurig LLP submit this Amended and Agreed Motion for Entry of a Scheduling Order, and respectfully show the Court as follows:

1.  On December 5, 2017, the Court entered an Order, which, *inter alia*, lifted the discovery stay in this action. [Doc. 251.]

2.  On March 12, 2018, The Receiver and OSIC filed a motion for entry of a Scheduling Order. [Doc. 259.]

3. The parties have agreed on a Scheduling Order and jointly request that the Court enter a Scheduling Order in the form attached hereto as **Exhibit A**[1]. This amends and supersedes the March 12th motion.

Respectfully submitted,

| | |
|---|---|
| **CASTILLO SNYDER, P.C.** | **NELIGAN, LLP** |
| By: /s/ *Edward C. Snyder* | By: /s/ *Douglas J. Buncher* |
| Edward C. Snyder | Douglas J. Buncher |
| esnyder@casnlaw.com | dbuncher@neliganlaw.com |
| Jesse R. Castillo | Republic Center |
| jcastillo@casnlaw.com | 325 N. St. Paul, Suite 3600 |
| 700 N. St. Mary's Street, Suite 405 | Dallas, Texas 75201 |
| San Antonio, Texas 78205 | Telephone: (214) 840-5320 |
| Telephone: (210) 630-4200 | Facsimile: (214) 840-5301 |
| Facsimile: (210) 630-4210 | |
| | |
| **BUTZEL LONG, P.C.** | **STRASBURGER & PRICE, LLP** |
| By: /s/ *Peter D. Morgenstern* | By: /s/ *Judith R. Blakeway* |
| Peter D. Morgenstern (pro hac vice) | Judith R. Blakeway |
| morgenstern@butzel.com | judith.blakeway@strasburger.com |
| Joshua E. Abraham (pro hac vice) | Merritt Clements |
| abraham@butzel.com | merritt.clements@strasburger.com |
| 477 Madison Avenue, Suite 1230 | 2301 Broadway |
| New York, New York 10022 | San Antonio, Texas 78215 |
| Telephone: (212) 818-1110 | Telephone: (210) 250-6000 |
| Facsimile: (212) 898-0123 | Facsimile: (210) 250-6100 |

*Counsel for Plaintiffs,*
*Ralph S. Janvey, et al.*

---

[1] Defendant reserves the right to seek modification of this proposed Scheduling Order for good cause based on further developments in this case, including if the investor plaintiffs' appeal to the United States Court of Appeals for the Fifth Circuit should still be pending or if those claims have been revived so that multiple trials may be avoided by modification of the Scheduling Order. Plaintiffs reserve the right to oppose any requested modification, regardless of the outcome of any appeal of the investor plaintiffs' claims.

| **BOIES SCHILLER FLEXNER LLP** | **COWLES & THOMPSON, P.C.** |
|---|---|
| By: /s/ *Stuart H. Singer* | By: /s/ *Sim Israeloff* |
| Stuart H. Singer | Sim Israeloff |
| ssinger@bsfllp.com | sisraeloff@cowlesthompson.com |
| Sashi C. Bach | Jim E. Cowles |
| sbach@bsfllp.com | jcowles@cowlesthompson.com |
| 401 East Las Olas Boulevard, Suite 1200 | 901 Main Street, Suite 3900 |
| Fort Lauderdale, Florida 33301 | Dallas, Texas 75202 |
| Telephone: (954) 356-0011 | Telephone: (214) 672-2000 |
| Facsimile: (954) 356-0022 | Facsimile: (214) 672-2347 |

*Counsel for Defendants,*
*Greenberg Traurig, LLP, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Douglas J. Buncher*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, ET AL., | § § § § | |
| Plaintiffs, | § § | Case No.: 3:12-cv-4641-N |
| v. | § § | |
| GREENBERG TRAURIG, LLP, ET. AL., | § § § | |
| Defendants. | § § § § § § | |

## SCHEDULING ORDER

The Amended and Agreed Motion for Entry of Scheduling Order [Doc.___] is granted. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court ("LR"), and the Civil Justice Expense and Delay Reduction Plan (the "Plan") for the Northern District of Texas, the Court ORDERS as follows:

1. Trial date shall be set for period commencing October 28, 2019.

2. The parties may by written agreement alter the deadlines in this paragraph, without the need for court order. No continuance of trial will be granted due to agreed extensions of these deadlines. Motions may become moot due to trial if filed after the deadline in this Order.

   a. May 21, 2018 - Early Mediation with mediator Layn R. Phillips. All parties must attend the mediation in person; legal entities must provide a representative with full authority; if

there is insurance per Rule 26(a)(1)(D), a representative with full authority must attend in person; the parties and mediator may by agreement waive the requirement of attending in person.

      b.      June 1, 2018 – Fact discovery commences, if case is not resolved in mediation.

      c.      May 30, 2019 – Fact discovery shall be completed by the parties. All discovery requests, other than requests for production of documents and requests related to expert witnesses, must be served by the parties in time to permit responses by this date.

      d.      March 1, 2019 – Plaintiffs shall disclose experts and serve their expert reports pursuant to Rule 26(a)(2);

      e.      April 15, 2019 – Defendants shall disclose experts and serve their expert reports pursuant to Rule 26(a)(2);

      f.      May 15, 2019 — Plaintiffs shall serve rebuttal expert reports, if any;

      g.      July 1, 2019 – Expert discovery closes;

      h.      July 15, 2019 – All motions, including motions for summary judgment and any objections to expert testimony must be filed;

      i.      Responses to motions for summary judgment and objections to expert testimony are due 30 days after the motion is filed, replies are due 21 days after responses are filed;

      j.      Responses and replies to all other motions are due in accordance with Local Rules;

      k.      90 days before trial date – Final Mediation; the parties may eliminate this requirement by agreement; the parties should advise the court if they are unable to agree on a mediator; all parties must attend the mediation in person; legal entities must provide a representative with full authority; if there is insurance per Rule 26(a)(1)(D), a representative with full authority must attend in person; the parties and mediator may by agreement waive the requirement of attending in person;

3. Parties desiring entry of a protective order under Rule 26(c) must either (a) request entry of an order in the district court's standard form, which can be found at: www.txnd.uscourts.gov/judges/dgodbey_req.htm or (b) if entry of a protective order in a different form is requested, the motion must (1) explain why the district court's standard form is inadequate in the particular circumstances of the case, and (2) include a redlined version of the requested form showing where it differs from the district court's standard form.

4. The parties shall file all pretrial materials by 45 days before the trial date. Failure to file pretrial materials may result in dismissal for want of prosecution. Pretrial materials shall include the following:

    a. pretrial order pursuant to LR 16.4;

    b. exhibit lists, witness lists, and deposition designations pursuant to LR 26.2 and Rule 26(a)(3); witness lists should include a brief summary of the substance of anticipated testimony (not just a designation of subject area) and an estimate of the length of direct examination; exhibit lists must include any materials to be shown to the jury, including demonstrative aids; the parties shall comply with Rule 26(a)(3) regarding objections;

    c. proposed jury charge pursuant to LR 51.1 or proposed findings of fact and conclusions of law pursuant to LR 52.1; any objections to the proposed jury charge shall be filed within 14 days thereafter; objections not so disclosed are waived unless excused by the court for good cause;

    d. motions in limine; matters that are not case-specific are strongly discouraged;

    e. requested voir dire questions.

5. The final pretrial conference will be set by separate order or notice. Lead counsel must attend the pretrial conference. The Court will likely impose time limitations for trial at the

pretrial conference. Examination of witnesses will be limited to direct, cross, re-direct, and re-cross. Any questions regarding this Order may be directed to the Court's Judicial Assistant, Donna Hocker Beyer, at 214-753-2700.

SIGNED this ___ day of March 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE