# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as court-appointed receiver for the Stanford receivership estate; The OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; *and* MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated<br><br>*Plaintiffs*<br><br>V.<br><br>GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; *and* YOLANDA SUAREZ<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:12-cv-04641-L |

## NOTICE OF APPEARANCE & DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Defendant Greenberg Traurig, LLP ("Greenberg") hereby provides notice that attorney Murray Fogler is appearing as **Lead Counsel** of record in this case. Greenberg requests that copies of all notices and filings also be provided to Mr. Fogler as follows:

Murray Fogler
**Fogler, Brar, Ford, O'Neil & Gray, LLP**
909 Fannin Suite 1640
Houston, Texas 77010

713.481.1010 (main)
713.325-8239 (direct)
713.574-3224 (fax)
mfogler@fbfog.com

Fogler, Brar, Ford, O'Neil & Gray, LLP and the undersigned attorney request that the Court and all attorneys of record in this cause make the appropriate changes in their records to reflect the new counsel, and that all future correspondence, pleadings, motions, notices, and other instruments be sent to Mr. Fogler effective immediately.

Date: June 28, 2018

    Respectfully submitted,

    **FOGLER, BRAR, FORD, O'NEIL & GRAY LLP**

    */s/ Murray Fogler*
    Murray Fogler
    **LEAD COUNSEL**
    State Bar No. 07207300
    mfogler@fbfog.com
    909 Fannin Suite 1640
    Houston, Texas 77010
    Telephone:  713.481.1010
    Direct: 713.325.8239
    Fax:  713.574.3224

    **COWLES & THOMPSON, P.C.**

    Sim Israeloff
    sisraeloff@cowlesthompson.com
    Jim E. Cowles

      jcowles@cowlesthompson.com
      901 Main Street, Suite 3900
       Dallas, Texas 75202
      Telephone:  214.672.2000
      Fax:  214.672.2347

**BOIES SCHILLER FLEXNER LLP**

      Stuart H. Singer
      ssinger@bsfllp.com
      Sashi C. Bach
      sbach@bsfllp.com
      401 East Las Olas Boulevard, Suite 1200
      Fort Lauderdale, Florida 33301
      Telephone: 954.356.0011
      Fax:  954.356.0022

**ATTORNEYS FOR DEFENDANT
GREENBERG TRAURIG, LLP**

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1(d) and Fed. R. Civ. P. 5(b)(2)(E), I certify that a true and correct copy of the foregoing instrument was filed with the Clerk's Office using the CM/ECF System for filing and transmittal to all registered counsel of record in this matter.

By: _/s/ Murray Fogler_
    **Murray Fogler**