UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as Court-appointed receiver for the Stanford Receivership Estate; the OFFICIAL STANFORD INVESTORS COMMITTEE; PAM REED; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated, | § § § § § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:12-cv-04641-N |
| v. | § § | |
| GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; AND YOLANDA SUAREZ, | § § § | |
| Defendants. | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiffs, Ralph S. Janvey, in his capacity as the Court-Appointed Receiver for the Stanford Receivership Estate, Pam Reed, Samuel Troice, and Michoacan Trust individually and on behalf of a class of all others similarly situated, and file this Unopposed Motion for Leave to File Amended Complaint.

### Certificate of Counsel

1.      Counsel for Defendants are unopposed to this motion.

### MOTION FOR LEAVE

2.      Plaintiffs seek leave to amend to (1) drop OSIC as a Plaintiff; 2) drop Hunton & Williams as a defendant; and (3) clarify the Receiver's damages.

3.      To avoid the continuing delay and needless expense of arguing about assignability of claims, the Receiver seeks to amend the Complaint so that the Receiver rather than OSIC asserts all claims.   Because Plaintiffs have settled with Hunton & Williams, the Receiver is dropping it from the amended Complaint.   Finally, the Plaintiffs seek to clarify their damages theory.

4.      Leave to amend should be freely given, *Robertson v. Plano City of Texas*, 70 F.3d 21, 22 (5th Cir. 1995), unless there is a reason justifying denial, such as: (1) undue delay; (2) bad faith or dilatory motive by the party seeking leave to amend; (3) repeated failure to cure deficiencies by amendments previously allowed; (4) undue prejudice to the opposing party by virtue of allowance of the amendment; or (5) futility of amendment.   *Martin's Herend Imports, Inc. v. Diamond & Gem Trading U.S. Co.,* 195 F.3d 765, 770 (5th Cir. 1999).   None of these reasons exist here.

5.      For these reasons, Plaintiffs seek leave to file the Amended Complaint attached hereto as Exhibit "A."

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court grant leave to file the Amended Complaint.

2

Respectfully Submitted,

**NELIGAN LLP**
By: */s/ Douglas J. Buncher*
Douglas J. Buncher
dbuncher@neliganlaw.com
Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5320
Facsimile: (214) 840-5301

**CASTILLO SNYDER**
By: */s/ Edward C. Snyder*
Edward C. Snyder
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
700 N. St. Mary's, Suite 405
San Antonio, Texas 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

**CLARK HILL STRASBURGER**
By: */s/ Judith R. Blakeway*
Judith R. Blakeway
judith.blakeway@clarkhillstrasburger.com
2301 Broadway
San Antonio, Texas 78215
Telephone: (210) 250-6004
Facsimile: (210) 258-2706


By: */s/ David N. Kitner*
David N. Kitner
david.kitner@clarkhillstrasburger.com
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2018, the foregoing Motion was served on all counsel of record via the Court's ECF system.

*/s/ Judith R. Blakeway*
Judith R. Blakeway

4816-2075-1473.1/40936/0102/090518