UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as | § | |
| Court-appointed receiver for the Stanford | § | |
| Receivership Estate; PAM REED; | § | |
| SAMUEL TROICE; and MICHOACAN | § | |
| TRUST; individually and on behalf of a | § | |
| class of all others similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:12-cv-04641-N |
| | § | |
| v. | § | |
| | § | |
| GREENBERG TRAURIG, LLP; | § | |
| HUNTON & WILLIAMS, LLP; AND | § | |
| YOLANDA SUAREZ, | § | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED
## MOTION FOR LEVE TO FILE SECOND AMENDED COMPLAINT

This Court, having considered Plaintiff's Unopposed Motion for Leave to File Second

Amended Complaint, is of the opinion that such motion should be GRANTED.

IT IS THEREFORE ORDERED that, Plaintiff's Unopposed Motion for Leave to File

Second Amended Complaint, is GRANTED.


DATED:_____, 2018        _____
                                          UNITED STATED DISTRICT JUDGE