IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as Court-appointed receiver for the Stanford Receivership Estate<br>      Plaintiff,<br>v.<br>GREENBERG TRAURIG, LLP; and GREENBERG TRAURIG, PA,<br>      Defendants. | §§§§§§§§§§§ | CIVIL ACTION NO. 3:12-cv-04641-N |

## DEFENDANT GREENBERG TRAURIG'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. P., and Local Rule 56(a), Greenberg Traurig, LLP and Greenberg Traurig, PA (collectively, "Greenberg") respectfully submit this motion for summary judgment as to the remaining claims brought by plaintiff Ralph S. Janvey (the "Receiver"), in his capacity as the Court-Appointed Receiver for the Stanford Receivership Estate.

The grounds for this motion are set forth fully in the accompanying "Greenberg Traurig's Brief in Support of Motion for Summary Judgment" ("Greenberg Brief") and supported by record citations included in the Appendix filed contemporaneously herewith, in accordance with Local Rule 7.1  Pursuant to Local Rule 56.5(b), the precise claims and elements of each claim as to which summary judgment is sought are set forth in Greenberg's Brief.

Respectfully submitted,

| | |
|---|---|
| **FOGLER, BRAR, FORD, O'NEILL & GRAY LLP** | **BOIES SCHILLER FLEXNER LLP** |
| Murray Fogler<br>mfogler@fbfog.com<br>Michelle E. Gray<br>mgray@fbfog.com<br>Robin O'Neil<br>roneil@fbfog.com<br>909 Fannin, Suite 1640<br>Houston, Texas 77010<br>Telephone: (713) 481-1010<br>Facsimile: (713) 574-322 | By: /s/ *Stuart H. Singer*<br>   Stuart H. Singer<br>   ssinger@bsfllp.com<br>   Sashi C. Bach<br>   sbach@bsfllp.com<br>   Pascual A. Oliu<br>   poliu@bsfllp.com<br>   401 East Las Olas Boulevard, Suite 1200<br>   Fort Lauderdale, Florida 33301<br>   Telephone: (954) 356-0011<br>   Facsimile: (954) 356-0022 |

**COWLES & THOMPSON, P.C.**

   Jim E. Cowles
   jcowles@cowlesthompson.com
   Sim Israeloff
   sisraeloff@cowlesthompson.com
   Charles A. Green
   cgreen@cowlesthompson.com
   901 Main Street, Suite 3900
   Dallas, Texas  75202
   Telephone: (214) 672-2000
   Facsimile:  (214) 672-2347

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of July, 2019, a true and correct copy of the foregoing document was delivered via electronic means pursuant to FED. R. CIV. P. 5(b)(2)(D) and Local Rule 5.1, to all counsel of record.

                                              */s/ Sashi C. Bach*
                                              Sashi C. Bach, Esq.