**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as Court-appointed receiver for the Stanford Receivership Estate; the OFFICIAL STANFORD INVESTORS COMMITTEE; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST; individually and on behalf of a class of all others similarly situated. | § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:12-cv-04641-N |
| vs. | § § | |
| GREENBERG TRAURIG, LLP; HUNTON & WILLIAMS, LLP; AND YOLANDA SUAREZ, | § § § § | |
| Defendants. | § | |

---

**APPENDIX IN SUPPORT OF THE RECEIVER'S RESPONSE TO GREENBERG TRAURIG'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

---

APP000001

Plaintiffs Ralph Janvey and the Official Stanford Investors Committee submit this Appendix in Support of their Response to Greenberg Traurig's Motion for Summary Judgment and Brief in Support.

| Document | Appendix Page(s) |
|---|---|
| Declaration of Edward C. Snyder | **000014 - 000015** |
| Transcript of Proceedings in *United States v. Stanford*, Vol. 13 | **000016 – 000123** |
| Excerpts from the Deposition of Carlos Loumiet | **000124 – 000452** |
| Exhibit 6 from the Deposition of Carlos Loumiet | **000453 – 000481** |
| Exhibit 17 from the Deposition of Carlos Loumiet | **000482 – 000499** |
| Exhibit 23 from the Deposition of Carlos Loumiet | **000500 - 000516** |
| Excerpts from the Deposition of Yolanda Suarez | **000517 - 000681** |
| Excerpts from the Deposition of Mark Perlow | **000682 - 000685** |
| Excerpts from the Deposition of James Spindler | **000686 - 000710** |
| Expert Report of James Spindler | **000711 – 000768** |
| Excerpts from the Deposition of Ralph Janvey | **000769 – 000773** |
| Excerpt from the Expert Report of Royal Furgeson | **000774 – 000775** |
| Excerpts from the Deposition of Thomas Lemke | **000776 – 000779** |
| Expert Report of Thomas Lemke | **000780 – 000816** |
| Excerpts from the Deposition of Mike Koehler | **000817 – 000820** |
| Expert Report of Mike Koehler | **000821 - 000894** |
| Excerpts from the Deposition of Burt Bruton | **000895 – 000916** |
| Excerpts from the Deposition of Bowman Brown | **000917 – 000931** |

| | |
|---|---|
| Excerpts from the Deposition of Charles L. Stutts | **000932 – 000959** |
| Excerpts from the Deposition of Jennifer Cohen Demberg | **000960 – 001030** |
| Excerpts from the Deposition of Mark Schnapp | **001031 - 001090** |
| Exhibit 6 from the Deposition of Mark Schnapp | **001091 – 001114** |
| Excerpts from the Deposition of Patrick O'Brien | **001115 – 001201** |
| Excerpts from the Deposition of Bonnie Moncada | **001202 - 001249** |
| Excerpts from the Deposition of Deon Warner | **001250 - 001275** |
| Exhibit 24 from the Deposition of Deon Warner | **001276 – 001284** |
| Excerpts from the Deposition of Karyl Van Tassel | **001285 – 001298** |
| Expert Report of Karyl Van Tassel | **001299 – 001370** |
| Supplemental Expert Report of Karyl Van Tassel | **001371 – 001380** |
| Excerpts from the Deposition of Carl Fornaris | **001381 – 001448** |
| Excerpts from the Deposition of Ron Rosengarten | **001449 – 001506** |
| Exhibit 1 from the Deposition of Ron Rosengarten | **001507 – 001510** |
| Exhibit 2 from the Deposition of Ron Rosengarten | **001511 – 001514** |
| Excerpts from the Deposition of Jane Bates | **001515 – 001547** |
| Excerpts from the Deposition of Charles Herring, Jr. | **001548 – 001559** |
| Expert Report of Charles Herring, Jr. | **001560 – 001605** |
| Excerpts from the Deposition of Rebecca Hamric | **001606 – 001613** |
| Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with Hunton & Williams, LLP (Docket No. 232) | **001614 – 001653** |
| Rule 54(b) Final Judgment and Bar Order (Docket No. 233) | **001654 – 001665** |
| Appendix to Support of Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with Hunton & | **001666 – 001702** |

| | |
|---|---|
| Williams, LLP (Docket No. 233) | |
| Greenberg Traurig, LLP'S Objections with Respect to The Proposed Settlement with Hunton & Williams, LLP (Docket No. 243) | **001703 – 001712** |
| Joint Notice of Resolution of Greenberg Traurig LLP's Objections to Plaintiffs' Proposed Settlement with Hunton & Williams, LLP and Request to Amend Proposed Bar Orders (Docket No. 247) | **001713 - 001717** |
| Plaintiffs Trial Exhibit 1 | **001718 – 001719** |
| Plaintiffs Trial Exhibit 4 | **001720 – 001724** |
| Plaintiffs Trial Exhibit 16 | **001725 – 001747** |
| Plaintiffs Trial Exhibit 21 | **001748 – 001750** |
| Plaintiffs Trial Exhibit 22 | **001751 – 001755** |
| Plaintiffs Trial Exhibit 23 | **001756** |
| Plaintiffs Trial Exhibit 27 | **001757 – 001758** |
| Plaintiffs Trial Exhibit 28 | **001759 – 001761** |
| Plaintiffs Trial Exhibit 29 | **001762 – 001765** |
| Plaintiffs Trial Exhibit 32 | **001766 – 001772** |
| Plaintiffs Trial Exhibit 34 | **001773 – 001777** |
| Plaintiffs Trial Exhibit 39 | **001778 – 001806** |
| Plaintiffs Trial Exhibit 47 | **001807 – 001808** |
| Plaintiffs Trial Exhibit 49 | **001809 – 001810** |
| Plaintiffs Trial Exhibit 52 | **001811 – 001821** |
| Plaintiffs Trial Exhibit 56 | **001822 – 001825** |
| Plaintiffs Trial Exhibit 57 | **001826 – 001827** |
| Plaintiffs Trial Exhibit 58 | **001828 – 001838** |
| Plaintiffs Trial Exhibit 60 | **001839 – 001840** |

| | |
|---|---|
| Plaintiffs Trial Exhibit 62 | **001841 – 001845** |
| Plaintiffs Trial Exhibit 63 | **001846 – 001847** |
| Plaintiffs Trial Exhibit 66 | **001848 – 001873** |
| Plaintiffs Trial Exhibit 71 | **001874 – 001875** |
| Plaintiffs Trial Exhibit 75 | **001876 – 1880** |
| Plaintiffs Trial Exhibit 79 | **001881 – 001889** |
| Plaintiffs Trial Exhibit 80 | **001890 – 001896** |
| Plaintiffs Trial Exhibit 85 | **001897 - 01912** |
| Plaintiffs Trial Exhibit 89 | **001913 – 001914** |
| Plaintiffs Trial Exhibit 95 | **001915 – 001926** |
| Plaintiffs Trial Exhibit 96 | **001927 – 001931** |
| Plaintiffs Trial Exhibit 97 | **001932 – 00136** |
| Plaintiffs Trial Exhibit 100 | **001937 – 001938** |
| Plaintiffs Trial Exhibit 101 | **001939** |
| Plaintiffs Trial Exhibit 102 | **001940 – 001943** |
| Plaintiffs Trial Exhibit 103 | **001944** |
| Plaintiffs Trial Exhibit 105 | **001945** |
| Plaintiffs Trial Exhibit 107 | **001950 – 001953** |
| Plaintiffs Trial Exhibit 108 | **001954** |
| Plaintiffs Trial Exhibit 109 | **001955 – 001956** |
| Plaintiffs Trial Exhibit 141 | **001957 – 001959** |
| Plaintiffs Trial Exhibit 145 | **001960 – 001961** |

| | |
|---|---|
| Plaintiffs Trial Exhibit 147 | **001962 – 001963** |
| Plaintiffs Trial Exhibit 150 | **001964** |
| Plaintiffs Trial Exhibit 152 | **001965 – 001967** |
| Plaintiffs Trial Exhibit 158 | **001968 – 001969** |
| Plaintiffs Trial Exhibit 174 | **001670 – 001973** |
| Plaintiffs Trial Exhibit 177 | **001974 – 001975** |
| Plaintiffs Trial Exhibit 178 | **001976** |
| Plaintiffs Trial Exhibit 181 | **001977 – 001981** |
| Plaintiffs Trial Exhibit 183 | **001982 – 001999** |
| Plaintiffs Trial Exhibit 184 | **002000 – 002005** |
| Plaintiffs Trial Exhibit 188 | **002006** |
| Plaintiffs Trial Exhibit 195 | **002017 – 002021** |
| Plaintiffs Trial Exhibit 200 | **002022 – 002027** |
| Plaintiffs Trial Exhibit 206 | **002028 – 002031** |
| Plaintiffs Trial Exhibit 217 | **002032 – 002055** |
| Plaintiffs Trial Exhibit 220 | **002056 – 002057** |
| Plaintiffs Trial Exhibit 233 | **002058 – 002074** |
| Plaintiffs Trial Exhibit 256 | **002075 – 002080** |
| Plaintiffs Trial Exhibit 258 | **002081 – 002099** |
| Plaintiffs Trial Exhibit 262 | **002100 – 002198** |
| Plaintiffs Trial Exhibit 267 | **002199 – 002201** |
| Plaintiffs Trial Exhibit 270 | **002202 – 002205** |

| | |
|---|---|
| Plaintiffs Trial Exhibit 271 | **002206 – 002211** |
| Plaintiffs Trial Exhibit 272 | **002212 – 002216** |
| Plaintiffs Trial Exhibit 273 | **002217 – 002222** |
| Plaintiffs Trial Exhibit 277 | **002223 – 002227** |
| Plaintiffs Trial Exhibit 283 | **002228 – 002233** |
| Plaintiffs Trial Exhibit 285 | **002234 – 002236** |
| Plaintiffs Trial Exhibit 290 | **002237 – 002240** |
| Plaintiffs Trial Exhibit 292 | **002241 – 002256** |
| Plaintiffs Trial Exhibit 295 | **002257 – 002258** |
| Plaintiffs Trial Exhibit 299 | **002259** |
| Plaintiffs Trial Exhibit 301 | **002270 – 002273** |
| Plaintiffs Trial Exhibit 303 | **002274 – 002275** |
| Plaintiffs Trial Exhibit 321 | **002276 – 002282** |
| Plaintiffs Trial Exhibit 322 | **002283 - 002289** |
| Plaintiffs Trial Exhibit 323 | **002290 – 002306** |
| Plaintiffs Trial Exhibit 324 | **002307 – 002311** |
| Plaintiffs Trial Exhibit 342 | **002312 – 002316** |
| Plaintiffs Trial Exhibit 344 | **002317 – 002326** |
| Plaintiffs Trial Exhibit 345 | **002327 – 002395** |
| Plaintiffs Trial Exhibit 349 | **002396 – 002402** |
| Plaintiffs Trial Exhibit 350 | **002403 – 002408** |
| Plaintiffs Trial Exhibit 351 | **002409 – 002419** |

| | |
|---|---|
| Plaintiffs Trial Exhibit 361 | **002420 – 002423** |
| Plaintiffs Trial Exhibit 364 | **002424 – 002450** |
| Plaintiffs Trial Exhibit 365 | **002451 – 002463** |
| Plaintiffs Trial Exhibit 375 | **002464 – 002477** |
| Plaintiffs Trial Exhibit 384 | **002478 – 002482** |
| Plaintiffs Trial Exhibit 389 | **002483 – 002487** |
| Plaintiffs Trial Exhibit 390 | **002488 – 002489** |
| Plaintiffs Trial Exhibit 394 | **002490 – 002502** |
| Plaintiffs Trial Exhibit 396 | **002503 - 002512** |
| Plaintiffs Trial Exhibit 412 | **002513 – 002519** |
| Plaintiffs Trial Exhibit 416 | **002520 – 002525** |
| Plaintiffs Trial Exhibit 420 | **002526 – 002534** |
| Plaintiffs Trial Exhibit 425 | **002535 – 002605** |
| Plaintiffs Trial Exhibit 426 | **002606 – 002624** |
| Plaintiffs Trial Exhibit 427 | **002625 – 002646** |
| Plaintiffs Trial Exhibit 435 | **002647 – 002680** |
| Plaintiffs Trial Exhibit 443 | **002681 – 002682** |
| Plaintiffs Trial Exhibit 449 | **002683 – 002686** |
| Plaintiffs Trial Exhibit 451 | **002687 – 002714** |
| Plaintiffs Trial Exhibit 460 | **002715 – 002736** |
| Plaintiffs Trial Exhibit 462 | **002737 – 002743** |
| Plaintiffs Trial Exhibit 465 | **002744 - 002762** |

| | |
|---|---|
| Plaintiffs Trial Exhibit 467 | **002763 – 002772** |
| Plaintiffs Trial Exhibit 468 | **002773 - 002789** |
| Plaintiffs Trial Exhibit 469 | **002790 – 002808** |
| Plaintiffs Trial Exhibit 470 | **002809 - 002810** |
| Plaintiffs Trial Exhibit 471 | **002811 – 002813** |
| Plaintiffs Trial Exhibit 493 | **002814 – 002826** |
| Plaintiffs Trial Exhibit 500 | **002827 – 002833** |
| Plaintiffs Trial Exhibit 505 | **002834 – 002837** |
| Plaintiffs Trial Exhibit 533 | **002838 – 002841** |
| Plaintiffs Trial Exhibit 542 | **002842 – 002846** |
| Plaintiffs Trial Exhibit 549 | **002847 - 002848** |
| Plaintiffs Trial Exhibit 550 | **002849 – 002851** |
| Plaintiffs Trial Exhibit 553 | **002852 - 002861** |
| Plaintiffs Trial Exhibit 572 | **002862 – 002867** |
| Plaintiffs Trial Exhibit 573 | **002868** |
| Plaintiffs Trial Exhibit 574 | **002869 – 002871** |
| Plaintiffs Trial Exhibit 577 | **002872 – 002783** |
| Plaintiffs Trial Exhibit 578 | **002884 - 002887** |
| Plaintiffs Trial Exhibit 584 | **002888 – 002891** |
| Plaintiffs Trial Exhibit 662 | **002892 – 002895** |
| Plaintiffs Trial Exhibit 723 | **002896 – 002912** |
| Plaintiffs Trial Exhibit 744 | **002913** |

| | |
|---|---|
| Plaintiffs Trial Exhibit 745 | **002914 – 002918** |
| Plaintiffs Trial Exhibit 762 | **002919 - 002926** |
| Plaintiffs Trial Exhibit 767 | **002927** |
| Plaintiffs Trial Exhibit 768 | **002930** |
| Plaintiffs Trial Exhibit 778 | **002931 – 002989** |
| Plaintiffs Trial Exhibit 788 | **002990 – 002992** |
| Plaintiffs Trial Exhibit 789 | **002993 - 003000** |
| Plaintiffs Trial Exhibit 799 | **003001 – 003002** |
| Plaintiffs Trial Exhibit 800 | **003003** |
| Plaintiffs Trial Exhibit 801 | **003004 – 003010** |
| Plaintiffs Trial Exhibit 805 | **003011 – 003013** |
| Plaintiffs Trial Exhibit 810 | **003014 – 003096** |
| Plaintiffs Trial Exhibit 832 | **003097 – 003130** |
| Plaintiffs Trial Exhibit 874 | **003131 – 003133** |
| Plaintiffs Trial Exhibit 878 | **003134 - 003140** |
| Plaintiffs Trial Exhibit 896 | **003141 – 003144** |
| Plaintiffs Trial Exhibit 898 | **003145** |
| Plaintiffs Trial Exhibit 919 | **003146** |
| Plaintiffs Trial Exhibit 960 | **003147 – 003149** |
| Plaintiffs Trial Exhibit 1000 | **003150 – 003151** |
| Plaintiffs Trial Exhibit 1001 | **003152 – 003177** |
| Plaintiffs Trial Exhibit 1002 | **003178 - 003182** |

**APPENDIX IN SUPPORT OF RECEIVER'S RESPONSE TO GREENBERG TRAURIG'S**  **Page 10**
**MOTION FOR SUMMARY JUDGMENT**

**APP000010**

| | |
|---|---|
| Plaintiffs Trial Exhibit 1029 | **003183** |
| Plaintiffs Trial Exhibit 1054 | **003184** |
| Plaintiffs Trial Exhibit 1055 | **003185 – 003186** |
| Rebuttal Expert Report of Mike Koehler | **003187 – 003221** |
| Responses to Plaintiffs' First Requests for Admission to Defendant Greenberg Traurig, PA | **003222 – 003308** |
| Plaintiffs Trial Exhibit 3 | **003309 - 003313** |
| Plaintiffs Trial Exhibit 76 | **003314** |
| Plaintiffs Trial Exhibit 435A | **003315 – 003324** |
| Release – Exhibit E to Hunton Settlement Agreement | **003325 – 003332** |
| Rule 54(b) Final Judgment and Bar Order (Docket No. 265) | **003333 – 003345** |
| Exhibit 4 from Deposition of Yolanda Suarez | **003346 - 003353** |
| Plaintiffs Trial Exhibit 185 | **003354** |
| Plaintiffs Trial Exhibit 354 | **003355 – 3364** |
| Excerpts from the Deposition of Richard Gordon | **003365 – 003368** |
| Excerpts from the Deposition of Stephen S. Halpert | **003369 - 003375** |

Dated:  August 21, 2019

**NELIGAN LLP**                                    **CLARK HILL STRASBURGER**

By: */s/ Douglas J. Buncher*                 By: */s/ Judith R. Blakeway*
Douglas J. Buncher                             Judith R. Blakeway
dbuncher@neliganlaw.com                 judith.blakeway@clark hillstrasburger.com
Republic Center                                   2301 Broadway
325 N. St. Paul, Suite 3600                 San Antonio, Texas 78215
Dallas, Texas 75201                            Telephone:     (210) 250-6004
Telephone:     (214) 840-5320           Facsimile:     (210) 258-2706
Facsimile:     (214) 840-5301

| **CASTILLO SNYDER, P.C.** | **CLARK HILL STRASBURGER** |
|---|---|
| By: */s/ Edward C. Snyder*<br>Edward C. Snyder<br>esnyder@casnlaw.com<br>Jesse R. Castillo<br>jcastillo@casnlaw.com<br>700 N. St. Mary's, Suite 1560<br>San Antonio, Texas 78205<br>Telephone:   (210) 630-4200<br>Facsimile:    (210) 630-4210<br><br>**ATTORNEYS FOR PLAINTIFFS** | By: */s/ David N. Kitner*<br>David N. Kitner<br>david.kitner@clarkhillstrasburger<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone:   (214) 651-4300<br>Facsimile:    (214) 651-4330 |

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on the 21st day of August, 2019 I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

            <u>/s/ *Edward C. Snyder*    </u>
            Edward C. Snyder

**APPENDIX IN SUPPORT OF RECEIVER'S RESPONSE TO GREENBERG TRAURIG'S**    **Page 13**
**MOTION FOR SUMMARY JUDGMENT**

**APP000013**