IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, in his capacity as court-appointed Receiver for the Stanford Receivership Estate; SANDRA DORRELL; SAMUEL TROICE; and MICHOACAN TRUST, individually and on behalf of a class of all others similarly situated<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREENBERG TRAURIG, LLP; GREENBERG TRAURIG, PA; and YOLANDA SUAREZ<br><br>　　　　Defendants. | Civil Action No. 3:12-CV-04641-N |

## ORDER OF DISMISSAL WITH PREJUDICE (YOLANDA SUAREZ)

Pursuant to the Agreed Motion to Dismiss With Prejudice (Yolanda Suarez), it is hereby ORDERED that:

1. All claims in this action by the Plaintiff, Receiver Ralph S. Janvey (the "Receiver"), against Defendant Yolanda Suarez ("Suarez" and, together with the Receiver, the "Parties") are DISMISSED WITH PREJUDICE; and

2. The Parties will bear their own costs, expenses, and attorneys' fees.

SIGNED November 25, 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID C. GODBEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE